UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ARIE HALBERSTAM on behalf of himself and all other similarly situated consumers | Case No. 1:15-cv-00807-JG-VMS |
| Plaintiff, | STIPULATION OF DISMISSAL |
| -against- | |
| MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, AND ENCORE CAPITAL GROUP, INC. | |
| Defendant. | |

_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated: Brooklyn, New York<br>February 24, 2016 | Dated: New York, New York<br>February 24, 2016 |
| /s/ Maxim Maximov<br>Maxim Maximov, Esq.<br>Maxim Maximov, LLP<br>Attorney for the Plaintiff<br>1701 Avenue P<br>Brooklyn, New York 11229<br>Office: (718) 395-3459<br>Facsimile: (718) 408-9570<br>E-mail: m@maximovlaw.com | /s/ Matthew Brady Johnson<br>Matthew Brady Johnson, Esq.<br>Marshall Dennehey Warner Coleman & Goggin<br>Attorney for the Defendant<br>88 Pine Street, 21st Floor<br>New York, New York 10005<br>Office: (212) 376-6433<br>Fax: (212) 376-6490<br>E-mail: mbjohnson@mdwcg.com |